UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SMITH,<br><br>          Petitioner,<br><br>      v.<br><br>WILLIAM J. SULLIVAN,<br><br>          Respondent. | Case No. CV 06-2563 VBF(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED:   November 16, 2009

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE